UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR RIOS, | ) | Case No. EDCV 09-2132-GW(RC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| STATE SUPERIOR COURT, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED without prejudice.

DATE: February 26, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-2132.JUD
1/4/10